UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21221-CIV-ALTONAGA

**YOAN RUBEN CORDERO FRANCISCO**

    Petitioner,

v.

**WARDEN, KEVIN GUTHRIE FLORIDA DIVISION OF EMERGENCY MANAGEMENT**, *et al.*,

    Respondents.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On February 24, 2026, Petitioner, Yoan Ruben Cordero Francisco filed a Petition for Writ of Habeas Corpus [ECF No. 1], challenging his detention by U.S. Immigration and Customs Enforcement. (*See generally* Pet.). For the following reasons, the Court concludes it lacks jurisdiction to consider the Petition and transfers this case to the United States District Court for the Middle District of Florida.

"Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991); *see also United States v. Lassiter*, 812 F. App'x 896, 900 (11th Cir. 2020) ("Under the plain language of [section] 2241, 'jurisdiction lies in only one district: the district of confinement.'" (alteration added; quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004))).

Petitioner is presently confined at Florida Soft Side South — an immigration detention facility at 54575 Tamiami Trail East, in Ochopee, Florida.[1] Ochopee, Florida is in Collier County,

---

[1] Although the Petition does not clearly state whether Petitioner is confined in this District or the Middle District (*see, e.g.*, Pet. ¶¶ 9, 13, 16–17, 26), public records confirm Petitioner's present confinement at

which lies in the Middle District of Florida. *See* 28 U.S.C. § 89(b). Because Petitioner is confined there, "[a]ny other district court lacks jurisdiction" over the Petition. *United States v. Brown*, 748 F. App'x 286, 287 (11th Cir. 2019) (alteration added; citation omitted).

Accordingly, it is

**ORDERED** that the Clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida, Fort Myers Division. *See* M.D. Fla. L.R. 1.04(a). Upon transfer, the Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 25th day of February, 2026.

*[signature]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

Florida Soft Side South in Ochopee, Florida. *See* https://locator.ice.gov/odls/#/details (A#: 098-932-727; country of birth: Cuba); *see also Ryzhov v. Mayorkas*, 634 F. Supp. 3d 1107, 1111–12 (S.D. Fla. 2022) ("Several district courts within the Eleventh Circuit have taken judicial notice of USCIS decisions and other information readily available on the websites of government agencies, finding such information was not subject to reasonable dispute and was capable of accurate and ready determination." (collecting cases)).